FILED

JAN 2 3 2012

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CIPRIANO ALONSO RAMIREZ-RUIZ (1),<br><br>                    Defendant. | CASE NO. 11CR4782-WQH<br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

__C_   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_C_   of the offense(s) as charged in the Indictment:

Count 1: 21:952 and 960 - Importation of Marijuana Count 2: 21:952 and 960 - Importation of Methamphetamine

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 23, 2012

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE